AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:23-cv-00749-CCC-JRA |
| JIAAN HOSPITALITY, INC. et al | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*      09/05/2024      .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:     11/7/24

CLERK OF COURT

_____

*Signature of Clerk or Deputy Clerk*

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

## EXEMPLIFICATION CERTIFICATE

I, _____ MELISSA E. RHOADS _____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANTS, that judgment is entered against Defendants, jointly and severally, in the total amount of $330,419.45, comprised of the following: $113,719.33 for outstanding Recurring Fees (principal plus prejudgment interest); $216,700.12 for Liquidated Damages (principal plus prejudgment interest)

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at _____ NEWARK _____ on _____ 11/07/2024 _____

*City*                                                                                   *Date*

_Melissa E. Rhoads_

*Clerk*

_____ (*By*) *Deputy Clerk*

I, _____ CLAIRE C CECCHI, USDJ _____, a Judicial Officer of this Court, certify that _____ MELISSA E. RHOADS _____, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

11/7/2024

*Date*                                                *Signature of Judge*

                                        THE HONORABLE CLAIRE C CECCHI USDJ

                                        *Title*

I, _____ MELISSA E. RHOADS _____, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ CLAIRE C CECCHI, USDJ _____,

                                        *Judge*

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at _____

NEWARK _____ in this State, on _____ 11/07/2024 _____

*City*                                                                                   *Date*

_Melissa E. Rhoads_

*Clerk*

_____ (*By*) *Deputy Clerk*

**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Travelodge Hotels, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation, | Civil Action No. 2:23-cv-00749-CCC-JRA |
| Plaintiff, | **FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANTS** |
| v. | |
| JIAAN HOSPITALITY, INC., an Indiana Corporation; VIPUL PATEL, an individual; PRAKASH PATEL, an individual; and PRATYUSH PATEL, an individual, | |
| Defendants. | |

I hereby attest and certify on 11/14/24 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT DISTRICT OF NEW JERSEY

_____
DEPUTY CLERK

This matter having been opened to the Court by plaintiff, Travelodge Hotels, Inc. ("THI"), by its attorneys, Connell Foley LLP, seeking the entry of Final Judgment by Default against defendants, Jiaan Hospitality, Inc., Vipul Patel, Prakash Patel, and Pratyush Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on February 8, 2023, seeking damages as a result of the breach of a franchise agreement between THI and Defendants; and service of the Summons and Complaint having been effectuated with respect to Jiaan Hospitality, Inc., by personal service of its registered agent in Orland Park, Illinois on February 24, 2023, Vipul Patel, by personal service in Orland Park, Illinois on February 24, 2023, Prakash Patel, by personal service in Battle Creek, Michigan on February 24, 2023, and Pratyush Patel, by personal service in Channahon, Illinois on February 23, 2023; and it appearing that default was duly

THI 10661
14764550-1

noted by the Clerk of the Court against Defendants on June 6, 2023 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 5th day of September, 2024,

ORDERED, ADJUDGED, AND DECREED that THI have judgment against Defendants, jointly and severally, in the total amount of $330,419.45, comprised of the following:

a)      $113,719.33 for outstanding Recurring Fees (principal plus prejudgment interest).

b)      $216,700.12 for Liquidated Damages (principal plus prejudgment interest).

*/s/ Claire C. Cecchi*

_____

**HONORABLE CLAIRE C. CECCHI, U.S.D.J.**